IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| **MICHAEL GRISSOM,** | * | |
| | * | |
| **Plaintiff** | * | |
| | * | |
| v. | * | Case No. 3:05CV00279WRW |
| **RONNIE COLE,** *et al.,* | * | |
| | * | |
| **Defendants** | * | |

### ORDER OF DISMISSAL

Plaintiff filed this civil rights action on December 6, 2005, while he was incarcerated in the Clay County Jail (docket entry #1). Plaintiff failed to pay the $250.00 filing fee or submit documentation requesting leave to proceed *in forma pauperis*. Mail sent to the Plaintiff at the address that he provided to the Court was returned as undeliverable on January 17, 2006 (docket entry #2). The Plaintiff has not notified the Court of his change of address as he is required to do under Local Rule 5.5(c)(2).[1]

IT IS, THEREFORE, ORDERED that Plaintiff's Complaint (docket entry #1) is DISMISSED without prejudice.

DATED this 8th day of March, 2006.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Local Rule 5.5(c)(2) states: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."